# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| P.C.F. Properties in TX, LLC | § § | |
| *versus* | § § | Civil Action 4:25–cv–01437 |
| Pitts Jireh, et al. | § | |

## Notice of Filing Fee Due

Filing fees are required to be paid at the commencement of any civil action. *See 28 USC § 1914*.

The schedule of fees can be found at *www.txs.uscourts.gov/page/FeeSchedule*.

The Clerk's records do not indicate the fee has been paid in this case. To avoid having your case dismissed for failure to pay, the fee must be paid to the Clerk.

For additional assistance, call the court's Help Desk at (866) 358-6201, or see the court's website at *www.txs.uscourts.gov*.

Date: April 4, 2025

Nathan Ochsner, Clerk