IN THE UNITED STATES DISTRICT COURT
SOUTHERN OF TEXAS
HOUSTON DIVISION

In re P.C.F. Properties in TX, LLC  25-CIV-1437

         *Plaintiff*

vs.

Jireh Pitts *et al*

         *Defendants*

_____

**NOTICE OF RELATED CASE**

1.    Pursuant to Local Rule 3.3 of the Southern District of Texas, Defendants Jireh Pitts *et al* , identifies the following above-caption case is related the case styled as P.C.F. Properties in Texas LLC., vs. *Jireh Pitts, Elizabeth Thomas, Jasmine B. Jarbis, and Monique Moore et al.,* in the U.S. Bankruptcy Court Southern District: Houston, under case No. 24-03216.

2.    This case is pending on appeal in the case styled as *Elizabeth Thomas vs. In re P.C.F. Properties in TX, LLC.*, before the Honorable Judge George C. Hanks Jr. U.S.D.J. in the U.S. Southern of Texas: Houston Division under case No. 4:24-cv-04357.

3.    Both case, involve the same common questions of law or fact. Specifically, each involves "Motion Motion for Judicial Review of Documentation for Instrument Purporting to Create Liens or Claim."

4.    There is a total of four (4) cases that have been removed from stated court to federal court under the diversity statute and Motion to Consolidate (the "Motion"), into a single action is being filed in cause No.25-1436, which is the first filed court.

5.    In light of the foregoing, that this case and the case in the bankruptcy court under cause No. 24-03216, now pending in the U.S. Southern District Court under cause No. 4:24-cv-04357.

**2 |** P a g e

arise from a common nucleus of operative fact defendants intent to file a Motion to Stay proceedings in this court pending the motion to consolidate.

Dated: April 8, 2025.

                                                                                Respectfully submitted

                                                                                **JAMES M. ANDERSEN**
                                                                                **ATTORNEY AT LAW**

/s/*James M. Andersen*
James M. Andersen
Attorney at Law
Texas State Bar No. 01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (281)488-2800
Fax. (281)480-4851
jandersen.law@gmail.com